UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC-SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC#:                           │
│ DATE FILED:                     │
└─────────────────────────────────┘
```

SPHERE DIGITAL, LLC,

                        Plaintiff,

            v.

10X MEDIA COMPANY and BRETT
BENNING,

                        Defendants.

21-CV-2412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this action on March 19, 2021.  Dkt. 1.  On April 30, Plaintiff filed proof of service, which stated that Defendant 10x Media Company was served on April 19, 2021.  Dkt. 12. To date, however, Plaintiff has filed no proof of service with regard to Defendant Brett Benning.  Pursuant to Federal Rule of Civil Procedure 4(m), no later than June 21, 2021, Plaintiff shall either file proof of service or provide the Court with good cause why an extension of time to serve process should be granted.

SO ORDERED.

Dated:    June 14, 2021
          New York, New York

                                        _____
                                        RONNIE ABRAMS
                                        United States District Judge