USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPHERE DIGITAL, LLC,

                Plaintiff,

        v.

10X MEDIA COMPANY and BRETT BENNING,

                Defendants.

21-CV-2412 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff served Defendant 10X Media Company on April 19, 2021. Dkt. 12.  After an extension and an order from the Court permitting alternative means of service, Plaintiff served defendant Brett Benning by publication.  Dkts. 18, 22–24.

    None of the Defendants have answered the Complaint or otherwise appeared.  Plaintiff has sought and received Certificates of Default from the Clerk of Court with respect to both defendants.  Dkts. 21, 27.  No later than November 8, 2021, Plaintiff shall notify the Court whether it intends to move for default judgment.  If Plaintiff wishes to do so, it should refer to Attachment A of this Court's Individual Rules & Practices in Civil Cases, as well as Local Civil Rule 55.2 for the procedures to do so.

SO ORDERED.

Dated:    October 25, 2021
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge