UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPHERE DIGITAL, LLC

     Plaintiff,

  v.

10X MEDIA COMPANY, *et al.*,

     Defendants.

Case No. 21-cv-2412 (RA)

**ORDER**

  Before the Court is Plaintiff Sphere Digital, LLC's Motion for Default Judgment (ECF No. 30), on the grounds that Defendants 10X Media Company and Brett Benning have failed to appear or defend the Complaint of Plaintiff. There being no objection of the entry of Judgment, and for the reasons stated on the record at the June 16, 2022 hearing, the Court finds good cause to grant the motion. Accordingly**, IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment, **ECF No. 30**, is **GRANTED**. Plaintiff has judgment against Defendants, who are jointly and severally liable in a total amount of **$97,701.22**, which includes compensatory damages, prejudgment interest, and attorneys' fees and costs.

  **IT IS FURTHER ORDERED** that in accordance with 28 U.S.C. § 1961, Plaintiff Sphere Digital LLC is awarded, and Defendants are jointly and severally liable for, post judgment interest accruing from the date this judgment is entered.

  The Clerk of Court is respectfully directed to enter judgment consistent with this order and close this case.

**SO ORDERED.**
Dated: June 17, 2022
   New York, New York

                  _____
                  Hon. Ronnie Abrams
                  United States District Judge