**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
SPHERE DIGITAL, LLC,

                Plaintiff,

                                                                     21 **CIVIL** 2412 (RA)

          -against-                                       **DEFAULT JUDGMENT**

10X MEDIA COMPANY, et al.,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 17, 2022, Plaintiff's Motion for Default Judgment is GRANTED. Plaintiff has judgment against Defendants, who are jointly and severally liable in a total amount of $97,701.22, which includes compensatory damages, prejudgment interest, and attorney's fees and costs. In accordance with 28 U.S.C. § 1961, Plaintiff Sphere Digital LLC is awarded, and Defendants are jointly and severally liable for, post judgment interest accruing from the date this judgment is entered; accordingly, the case is closed.

**DATED**: New York, New York
              June 21, 2022

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                      **BY:** _K. Mango_
                                                           **Deputy Clerk**